IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| WEATHERFORD ARTIFICIAL LIFT SYSTEMS, INC., | * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 4:10CV01364 SWW |
| BRUCE OAKLEY, INC., | * * | |
| Defendant. | * | |

**Order**

Before the Court is the parties' motion for extension of time within which to file their Rule 26(f) report. The motion [docket entry 25] is granted. The report is due on March 3, 2011.

SO ORDERED this 2nd day of February, 2011.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE