# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

WEATHERFORD ARTIFICIAL LIFT

v.                              NO. 4:10CV01364 SWW

BRUCE OAKLEY, INC.

## ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal filed by the parties stating that this action should be dismissed with prejudice,

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice.

DATED this 10th day of March 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE